United States District Court
Southern District of Texas

**ENTERED**

June 17, 2024

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
MCALLEN DIVISION

| | | |
|---|---|---|
| CHELSEY RAMIREZ,<br>  Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 7:23-cv-00254 |
| TRIANA ESPONDA HINOJOSA,<br>  Defendant. | §<br>§<br>§ | |

## Order of Dismissal

Plaintiff, Chelsey Ramirez, and defendant, Triana Esponda Hinojosa, filed a *Joint Stipulation of Dismissal* in which they stated that Ramirez's claims in this suit are settled and that all claims should be dismissed with prejudice.

The Court, having considered the stipulation, finds it to be in accordance with Rule 41(a)(1)(A)(ii) and ORDERS that this suit and all claims asserted in this suit are DISMISSED WITH PREJUDICE.

The Clerk of Court is DIRECTED TO TERMINATE this case.

It is so ORDERED.

SO ORDERED June 17, 2024, at McAllen, Texas.

Randy Crane
United States District Judge